FILED
2011 Mar-15 AM 11:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MIGNON C. SMITH, } | |
| } | |
| Plaintiff, } | |
| } | CIVIL ACTION NO. |
| v. } | 11-AR-0951-S |
| } | |
| WELLS FARGO BANK, N.A., as } Successor Trustee to Wachovia } Bank, N.A., } | |
| } | |
| Defendant. } | |

## ORDER

The undersigned hereby RECUSES himself in the above-entitled case.

DONE this 15th day of March, 2011.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE